

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-14-00104-CV

Richard **ABRAMS**,
Appellant

v.

Marguerite **SALINAS** a/k/a Marguerit Y. Salinas f/k/a Marguerite Abrams and Ashely Abrams
a/k/a Ashley N. Abrams,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1987-CI-16750
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is deemed filed as of June 10, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court